ORIGINAL

FILED
AUG 31 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MADEN TECH CONSULTING, INC. | ) |
| Plaintiff, | ) |
| v. | ) No. 06-612 C |
| THE UNITED STATES | ) |
| Defendant, | ) |

ECF

## RULE 7.1 DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Maden Tech Consulting, Inc. d/b/a Maden Technologies ("Maden Technologies") certify that to the best of my knowledge and belief, that Maden Technologies has no parent corporation, and no publicly held corporation owns 10% or more of Maden Technologies stock.

Dated: August 31, 2006

Respectfully submitted,

T. Michael Guiffré
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6441
(202) 457-6315 (Fax)

Attorney of Record for
Maden Tech Consulting, Inc.

Of Counsel:
Robert S. Brams
Elizabeth M. Gill
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (Fax)

4826784

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2006, I served by hand delivery Plaintiff's Rule 7.1 Disclosure Statement to:

Michael Dierberg, Esq.
U.S. Department of Justice
Civil Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington D.C. 20530
Ph – 202-216-0315
Fax – 202-305-7644

Paul Pompeo, Esq.
Holland & Knight
2099 Pennsylvania Avenue, NW
Suite 100
Washington, D.C. 20006
Ph – 202-828-1881
Fax – 202-419-2913

Mary Clarke, Esq.
Defense Advanced Research Projects Agency
3701 Fairfax Drive
Arlington, Virginia 22203-1714.
Ph – 571-218-4409

T. Michael Guiffré

T. Michael Guiffré