ORIGINAL

FILED
SEP 1 2006
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MADEN TECH CONSULTING, INC. )
Plaintiff, )
v. ) No. 06-612C
THE UNITED STATES )
Defendant, )

ECF

## NOTICE OF DIRECTLY RELATED CASE

This new matter is directly related to Maden Tech Consulting, Inc. v. United States, No. 06-585 before Judge Susan Braden. The new matter involves the same parties and the same contract issued by the Defense Advanced Research Projects Agency. Assignment to Judge Braden is likely to conserve judicial resources and promote an efficient determination of the actions.

Dated: August 31, 2006

Respectfully submitted,

T. Michael Guiffré by Elizabeth M. Gill

T. Michael Guiffré
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6441
(202) 457-6315 (Fax)

Attorney of Record for
Maden Tech Consulting, Inc.

Of Counsel:
Robert S. Brams
Elizabeth M. Gill
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (Fax)

4827033

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2006, I served by hand delivery Plaintiff's Notice of Related Case to:

Michael Dierberg, Esq.
U.S. Department of Justice
Civil Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington D.C. 20530
Ph – 202-216-0315
Fax – 202-305-7644

T. Michael Guiffré

4827033