# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MADEN TECH CONSULTING, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 06-612C |
| | ) | (Judge Susan G. Braden) |
| Defendant. | ) | |
| | ) | |

## ORDER

Pursuant to Rule of Court of Federal Claims 24(a)(2), Beta Analyitics, Inc.'s September 1, 2006 Unopposed Motion to Intervene as a matter of right is hereby

**GRANTED**

**IT IS SO ORDERED.**

______________________________
**SUSAN G. BRADEN**
**Judge**

# 4024014_v1