Electronically Filed on September 1, 2006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MADEN TECH CONSULTING, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 06-612C |
| | ) | (Judge Susan G. Braden) |
| Defendant | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BETA ANALYTICS INTERNATIONAL, INC. | ) | |
| | ) | |
| | ) | |
| Intervenor. | ) | |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule of the Court of Federal Claims 7.1 "Disclosure Statement," Intervenor, Beta Analytics, Inc., also known as Beta Analytics International, Inc. and BAI ("BAI"), by undersigned counsel, states as follows:

BAI is a wholly owned subsidiary of Analex Corporation, a publicly held and traded corporation (ASE: NLX).

Dated: September 1, 2006

Respectfully submitted,

HOLLAND & KNIGHT LLP

s/ Paul E. Pompeo

Paul E. Pompeo
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-7033 – phone
(202) 419-2913 – fax
*Counsel for Beta Analytics, Inc.*

Of Counsel:

Joseph P. Hornyak
Stuart W. Turner
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006

# 4024041_v1