# In the United States Court of Federal Claims

No. 06-612C
Filed: September 5, 2006

```
***********************************
                                  *
MADEN TECH CONSULTING INC.,       *
                                  *
      Plaintiff,                  *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
      Defendant.                  *
                                  *
***********************************
```

**ORDER GRANTING MOTION TO FILE UNDER SEAL**

Plaintiff's September 1, 2006 Motion to File Under Seal is hereby GRANTED. The parties shall maintain the sealed documents as confidential and use the sealed documents only for the purposes of this litigation.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**