# In the United States Court of Federal Claims

No. 06-612C
Filed: September 5, 2006

| | |
|---|---|
| MADEN TECH CONSULTING INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, and | * |
| BETA ANALYTICS, INC., | * |
| Defendant-Intervenor. | * |

**ORDER**

Pursuant to Rule of the Court of Federal Claims 24(a)(2), Beta Analytics, Inc.'s September 1, 2006 Unopposed Motion to Intervene as a matter of right is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**