Electronically Filed on September 5, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MADEN TECH CONSULTING, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant.<br><br>and<br><br>BETA ANALYTICS INTERNATIONAL, INC.<br><br>Intervenor. | ) | No. 06-612C<br>(Judge Susan G. Braden) |

**MOTION TO AMEND PROTECTIVE ORDER**

During a conference call held on September 1, 2006, the Court advised that it would issue a Protective Order in the form it had in the related case, *Maden Tech Consulting Inc. v. United States*, No. 06-585C (Braden). In that related case, the Court had issued an amended Protective Order on August 18, 2006, to address issues in Intervenor's Motion to Amend filed on August 17, 2006, regarding the time between application and access to material (changing from the "second" business day to the "first" business day) given the expedited schedule, and Intervenor's Statement Regarding the Protective Order, also filed on August 17, 2006, to address the anomaly between the Protective Order and General Order 42A, which General Order requires authorization by the assigned judge to file sealed documents electronically. The Court, however, issued the original Protective Order in this case, rather than the Amended Protective Order as in the related case. Accordingly, Intervenor requests that the Court amend the Protective Order to reflect the amendments in the Protective Order filed in

the related case.

Intervenor proposes that the Court amend the third sentence of Paragraph 2(b) to read as follows:

> Such person shall, without further action by the court, be permitted access to protected information at the close of the first business day after the other parties have received the Application, unless, in the interim, any party informs the requesting party of an objection.

The underscored word in the proposed amendment is the only proposed change in that paragraph. Intervenor also proposes that the Court amend paragraph 3 of the Protective Order to read:

> Protected information of any kind may be provided only to the court and to individuals authorized by this Protective Order and must be in a sealed parcel containing the legend "PROTECTED INFORMATION ENCLOSED" conspicuously placed on the outside of the parcel containing the information unless filed electronically. A copy of the certificate of service identifying the document being filed should be attached to the front of each parcel. If a party seeks to file Protected Information electronically, the party filing the Protected Information shall use the "Sealed" menus on the Court's case management and electronic document filing system.

A proposed Order affecting these changes is attached.

Dated: September 5, 2006

Respectfully submitted,

HOLLAND & KNIGHT, LLP

s/Paul E. Pompeo

Paul E. Pompeo
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 457-7033 – phone
(202) 419-2913 – fax
*Counsel for Beta Analytics, Inc.*

Of Counsel:

Joseph P. Hornyak
Stuart W. Turner
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

# 4026433_v1