Electronically Filed on September 5, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-612C
Filed September __, 2006

| | | |
|---|---|---|
| MADEN TECH CONSULTING, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 06-612C |
| | ) | (Judge Susan G. Braden) |
| Defendant. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BETA ANALYTICS INTERNATIONAL, INC. | ) | |
| | ) | |
| Intervenor. | ) | |

## ORDER

Intervenor's September 5, 2006, Motion to Amend Protective Order is hereby **GRANTED.**

The third sentence of Paragraph 2(b) of the Protective Order shall read:

> Such person shall, without further action by the court, be permitted access to protected information at the close of the first business day after the other parties have received the Application, unless, in the interim, any party informs the requesting party of an objection.

And paragraph 3 of the Protective Order shall read:

> Protected information of any kind may be provided only to the court and to individuals authorized by this Protective Order and must be in a sealed parcel containing the legend "PROTECTED INFORMATION ENCLOSED" conspicuously placed on the outside of the parcel containing the information unless filed electronically. A copy of the certificate of service identifying the document being filed should be attached to the front of each parcel. If a party seeks to file Protected Information electronically, the party

filing the Protected Information shall use the "Sealed" menus on the Court's case management and electronic document filing system.

**IT IS SO ORDERED.**

s/Susan G. Braden_____________
**SUSAN G. BRADEN**
**Judge**

# 4026562_v1