Electronically Filed on September 5, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MADEN TECH CONSULTING, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 06-612C |
| | ) | (Judge Susan G. Braden) |
| Defendant. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BETA ANALYTICS INTERNATIONAL, INC. | ) | |
| | ) | |
| | ) | |
| Intervenor. | ) | |

## MOTION TO CORRECT CAPTION

On September 5, 2006, the Court granted Beta Analytics, Inc.'s ("BAI"), Unopposed Motion to Intervene. In that Motion, BAI advised that

> In a related case, *Maden Tech Consulting, Inc. v. United States*, No. 06-585C (Braden) Plaintiff originally identified BAI by a trade name, Beta Analytics International, Inc. and BAI retained that reference to avoid confusion. BAI's correct corporate name is Beta Analytics, Inc., which is the name that the Court should apply to the caption if the court admits BAI as Intervenor.

(Motion at note 1). The Court, however, captioned this case using the BAI trade name from the related case. Accordingly, BAI respectfully requests that this Court grant BAI's Motion to Amend Caption to reflect BAI's proper corporate name. A proposed Order is attached.

Dated: September 5, 2006

Respectfully submitted,

HOLLAND & KNIGHT LLP

s/ Paul E. Pompeo
Paul E. Pompeo
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-7033 – phone
(202) 419-2913 – fax
*Counsel for Beta Analytics, Inc.*

Of Counsel:

Joseph P. Hornyak
Stuart W. Turner
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006

# 4026606_v1