Electronically Filed on September 5, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-612C
Filed September __, 2006

| | | |
|---|---|---|
| MADEN TECH CONSULTING, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 06-612C |
| | ) | (Judge Susan G. Braden) |
| Defendant. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BETA ANALYTICS, INC | ) | |
| | ) | |
| Intervenor. | ) | |

**ORDER**

Intervenor's September 5, 2006, Motion to Amend Caption is hereby **GRANTED.**

**IT IS SO ORDERED**

s/Susan G. Braden____________
**SUSAN G. BRADEN**
**Judge**

# 4026676_v1