Electronically Filed on September 5, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MADEN TECH CONSULTING, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant.<br><br>and<br><br>BETA ANALYTICS INTERNATIONAL, INC.<br><br>Intervenor. | ) | No. 06-612C<br>(Judge Susan G. Braden) |

## APPLICATIONS FOR ACCESS UNDER PROTECTIVE ORDER

Pursuant to Paragraph 2(b) of the Protective Order that the Court issued on September 5, 2006, Intervenor Beta Analytics, Inc., ("BAI"), hereby attaches the Applications for Access to Information Under Protective Order by Inside or Outside Counsel (Form 9) for Paul E. Pompeo, Attorney of Record for BAI, Joseph P. Hornyak and Stuart W. Turner, Of Counsel for BAI.

Dated: September 5, 2006

Respectfully submitted,

HOLLAND & KNIGHT, LLP

s/Paul E. Pompeo
Paul E. Pompeo
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 457-7033 – phone
(202) 419-2913 – fax
*Counsel for Beta Analytics, Inc.*

Of Counsel:

Joseph P. Hornyak
Stuart W. Turner
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

# 4026686_v1