# In the United States Court of Federal Claims

No. 06-612C
Filed: September 6, 2006

***********************************
*
MADEN TECH CONSULTING, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, and *
*
BETA ANALYTICS, INC., *
*
Defendant-Intervenor. *
*
***********************************

**SCHEDULING ORDER**

Pursuant to the telephone status conference held on September 5, 2006 and by agreement of the parties, the court hereby enters the following schedule:

1. Defendant will file the Administrative Record **on or before September 13, 2006**;

2. A telephone status conference will be held **on Sept. 13, 2006 at 4 p.m.**

3. Any opposition to Plaintiff's request for preliminary injunction and declaratory relief will be filed **on or before September 15, 2006**.

4. Plaintiff will file its reply brief **on or before September 22, 2006**.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**