IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MADEN TECH CONSULTING, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>BETA ANALYTICS, INC.<br><br>Defendant-Intervenor. | ) | No. 06-612<br>(Judge Braden) |

APPLICATIONS FOR ACCESS UNDER THE PROTECTIVE ORDER

Pursuant to the Amended Protective Order issued by the Court on September 6, 2006, Plaintiff, Maden Tech Consulting, Inc., hereby files Applications for Access to Information Under Protective Order by Outside Counsel for T. Michael Guiffré, James N. Schwarz and Elizabeth M. Gill.

Dated: September 8, 2006

Respectfully submitted,

S/ T. Michael Guiffré

T. Michael Guiffré
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6441
(202) 457-6315 (Fax)

Attorney of Record for
Maden Tech Consulting, Inc.

Of Counsel:
Robert S. Brams
Elizabeth M. Gill
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037

4827706