Electronically Filed on December 27, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MADEN TECH CONSULTING, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 06-612C |
| | ) | (Judge Susan G. Braden) |
| Defendant, and | ) | |
| | ) | |
| BETA ANALYTICS, INC. | ) | |
| | ) | |
| Intervenor | ) | |

## INTERVENOR'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

By Motion dated December 21, 2006, Defendant moved the Court to dismiss the Complaint filed in the above-captioned case as moot, because the Government Accountability Office ("GAO") issued its decision denying plaintiff's protest before the GAO, which protest was the underlying basis for the agency override decision that was the subject of the above-captioned case. For the reasons set forth in Defendant's Motion, Intervenor concurs in the Motion to Dismiss. Intervenor also advises the Court that GAO denied the related protest of STG, Inc., which involved the same procurement, and, hence, the same agency override. Although GAO rendered its decisions denying both of these protests on October 30, 2006, GAO did not issue a public version of its decisions in these protests until December 4, 2006.

Dated: December 27, 2006

Respectfully submitted,

HOLLAND & KNIGHT LLP

s/ Paul E. Pompeo

Paul E. Pompeo
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-7033 – phone
(202) 419-2913 – fax
*Counsel for Beta Analytics, Inc.*

Of Counsel:

Joseph P. Hornyak
Stuart W. Turner
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006

# 4269606_v1